UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BALDOCCHI, JOLYEN ANN § Case No. 12-19354
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/14/2012 and the deadline for filing governmental claims was 09/14/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,000.00 , for a total compensation of $ 1,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 56.64 , for total expenses of $ 56.64 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2014          By: *[signature] John E. Cohen*
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-19354   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | Date Filed (f) or Converted (c): 05/11/12 (f) |
| | | 341(a) Meeting Date: 06/07/12 |
| For Period Ending: | 11/03/14 | Claims Bar Date: 09/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Bank of America. | 1,050.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with Bank of America. | 3.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with USAA. | 4.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account with USAA | 1.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with PNC Bank, joint with Johnath | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10. Camera. | 50.00 | 0.00 | | 0.00 | FA |
| 11. Springleaf Financial S - 2006 Dodge Grand Caravan. | 10,075.00 | 0.00 | | 4,000.00 | FA |
| 12. Capital ONE AUTO Finan - 2012 Kia Soul. | 20,350.00 | 0.00 | | 0.00 | FA |
| 13. Family Pets: 1 dog. | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $33,333.00 | $0.00 | | $4,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO EMPLOY AUCTIONEER TO SELL DEBTORS VEHICLE.  TRUSTEE HAS FILED MOTION TO EMPLOY COUNSEL AND FOR TURNOVER OF
DEBTORS VEHICLE.  AUCTIONEER HAS SOLD VEHICLE AND TRUSTEE HAS FILED A MOTION TO REIMBURSE AUCTIIONEER FOR EXPENSES.
TRUSTEE TO FILE HIS TFR BY 9/30/14 - January 16, 2014.  TRUSTEE HAS PREPARED HIS TFR AND SUBMITTING TO THE UST FOR
APPROVAL - August 25, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-19354    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | Date Filed (f) or Converted (c):  05/11/12 (f) |
| | | 341(a) Meeting Date:  06/07/12 |
| | | Claims Bar Date:  09/14/12 |

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 09/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-19354 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2259 Checking Account |
| Taxpayer ID No: | *******8705 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/12 | 11 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 4,000.00 | | 4,000.00 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.99 | 3,999.01 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.55 | 3,996.46 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.46 | 3,994.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.54 | 3,991.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,981.46 |
| 03/05/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 400.14 | 3,581.32 |
| | | | Auctioneer Expenses | | | | |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 4.20 | 3,577.12 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,567.12 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,557.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,547.12 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,537.12 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,527.12 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,517.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,507.12 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,497.12 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,487.12 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,477.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,467.12 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,457.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,447.12 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420 | Bond # 016026455 | 2300-000 | | 5.02 | 3,442.10 |

Page Subtotals 4,000.00 557.90

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-19354 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2259 Checking Account |
| Taxpayer ID No: | *******8705 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,432.10 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,422.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,412.10 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,402.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,392.10 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 607.90 | 3,392.10 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 607.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 607.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2259 | 4,000.00 | 607.90 | 3,392.10 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 4,000.00 | 607.90 | 3,392.10 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    50.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Ver: 18.03a
LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2014 |

Case Number: 12-19354
Debtor Name: BALDOCCHI, JOLYEN ANN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,602.00 | $1,602.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison St.<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,056.64 | $1,056.64 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $9.22 | $9.22 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $598.50 | $598.50 |
| 000002<br>070<br>7100-00 | AT&T MOBILITY II LLC<br>% AT&T SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Unsecured | | $0.00 | $1,191.06 | $1,191.06 |
| 000003<br>070<br>7100-00 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $1,806.76 | $1,806.76 |
| 000004<br>070<br>7100-00 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Unsecured | | $0.00 | $1,091.50 | $1,091.50 |
| 000005<br>070<br>7100-00 | Springleaf Financial Services<br>Attn: Bankruptcy Dept.<br>2 W Grand Ave Ste 102<br>Fox Lake, IL 60020 | Unsecured | | $0.00 | $8,013.95 | $8,013.95 |
| | Case Totals: | | | $0.00 | $15,369.63 | $15,369.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-19354
Case Name: BALDOCCHI, JOLYEN ANN
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | AT&T MOBILITY II LLC<br>% AT&T SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | $ | $ | $ |
| 000003 | LVNV Funding, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000004 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | $ | $ | $ |
| 000005 | Springleaf Financial Services<br>Attn: Bankruptcy Dept.<br>2 W Grand Ave Ste 102<br>Fox Lake, IL 60020 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE