UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
BALDOCCHI, JOLYEN ANN § Case No. 12-19354
 § 
Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/05/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                       Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BALDOCCHI, JOLYEN ANN § Case No. 12-19354
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 607.90 |
| leaving a balance on hand of[1] | $ | 3,392.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 56.64 | $ 0.00 | $ 56.64 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,602.00 | $ 0.00 | $ 1,602.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.22 | $ 9.22 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,658.64 |
| Remaining Balance | | $ | 733.46 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,701.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 598.50 | $ 0.00 | $ 34.56 |
| 000002 | AT&T MOBILITY II LLC % AT&T SERVICES, INC JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | $ 1,191.06 | $ 0.00 | $ 68.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | LVNV Funding, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 1,806.76 | $ 0.00 | $ 104.33 |
| 000004 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702-3397 | $ 1,091.50 | $ 0.00 | $ 63.03 |
| 000005 | Springleaf Financial Services Attn: Bankruptcy Dept. 2 W Grand Ave Ste 102 Fox Lake, IL 60020 | $ 8,013.95 | $ 0.00 | $ 462.76 |
| | Total to be paid to timely general unsecured creditors | | $ | 733.46 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-19354-ABG
Jolyen Ann Baldocchi Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Nov 25, 2014
                      Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
```
db             #+Jolyen Ann Baldocchi,    35129 North Forest Ave,    Ingleside, IL 60041-9275
18899490       +Avon Products,    Attn: Bankruptcy Department,    6901 Golf Road,    Morton Grove, IL 60053-1390
18899487      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19118731        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18899479       +Cingular Wireless,    C/O Southwest Credit Syste,    5910 W Plano Pkwy Ste 10,
                 Plano, TX 75093-2201
18899473       +Comcast,    C/O Credit Protection ASSO,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
18899484       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18899485       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18899481       +GE Capital Corp.,    C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
18899486       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18899477       +United Collect BUR INC,    Attn: Bankruptcy Dept.,    5620 Southwyck Blvd Ste,
                 Toledo, OH 43614-1501
18899488       +VERIZON WIRELESS/Great,    Attn: Bankruptcy Dept.,    1515 Woodfield Rd Ste140,
                 Schaumburg, IL 60173-5443
18899489        Waste Management of IL,    Attn: Bankruptcy Department,    780 N. Kirk Rd.,
                 Batavia, IL 60510-1475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18899480       +E-mail/Text: bankruptcy@icsystem.com Nov 26 2014 01:26:58     AT  T Midwest,
                 C/O I C System INC,    Po Box 64378,    Saint Paul, MN 55164-0378
19313562       +E-mail/Text: g20956@att.com Nov 26 2014 01:27:13      AT&T MOBILITY II LLC,
                 % AT&T SERVICES, INC,    JAMES GRUDUS, ESQ.,    ONE AT&T WAY, ROOM 3A218,
                 BEDMINSTER, NJ 07921-2693
18899483       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Nov 26 2014 01:27:40
                 Capital One Auto Finance,    Attn: Bankruptcy Dept.,    3901 Dallas Pkwy,    Plano, TX 75093-7864
18899478       +E-mail/Text: contact@csicollects.com Nov 26 2014 01:27:39      Certified Services INC,
                 Attn: Bankruptcy Dept.,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
18899482       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2014 01:33:59
                 Citibank Sears GOLD Mastercard,    C/O LVNV Funding LLC,    Po Box 740281,
                 Houston, TX 77274-0281
18899474       +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 26 2014 01:26:04
                 Illinois State TOLL HWY Author,    C/O NCO Financial Systems,,    600 Holiday Plaza Dr Ste,
                 Matteson, IL 60443-2238
19333031        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2014 01:33:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18899476        E-mail/PDF: cbp@springleaf.com Nov 26 2014 01:33:57     Springleaf Financial Services,
                 Attn: Bankruptcy Dept.,    2 W Grand Ave Ste 102,    Fox Lake, IL 60020
20723864        E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2014 01:31:46     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                                TOTAL: 9
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18899475*      +Illinois State TOLL HWY Author,    C/O NCO Financial Systems,,    600 Holiday Plaza Dr Ste,
                 Matteson, IL 60443-2238
19368419       ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: adragonet              Page 2 of 2                   Date Rcvd: Nov 25, 2014
                              Form ID: pdf006              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Jonathan D Parker    on behalf of Debtor Jolyen Ann Baldocchi ndil@geracilaw.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```