UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BALDOCCHI, JOLYEN ANN | § | Case No. 12-19354 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 17,950.00                         Assets Exempt: 5,308.00
(Without deducting any secured claims)

Total Distributions to Claimants: 733.46            Claims Discharged
                                                    Without Payment: 26,878.31

Total Expenses of Administration: 3,266.54

---

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 34,001.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,266.54 | 3,266.54 | 3,266.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,910.00 | 12,701.77 | 12,701.77 | 733.46 |
| **TOTAL DISBURSEMENTS** | $ 48,911.00 | $ 15,968.31 | $ 15,968.31 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 05/11/2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2015     By:/s/JOSEPH E. COHEN
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Springleaf Financial S - 2006 Dodge Grand Caravan. | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance Attn: Bankruptcy Dept. 3901 Dallas Pkwy Plano TX 75093 | | 19,094.00 | NA | NA | 0.00 |
| 2 | Springleaf Financial Services Attn: Bankruptcy Dept. 2 W Grand Ave Ste 102 Fox Lake IL 60020 | | 14,907.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 34,001.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 56.64 | 56.64 | 56.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9.22 | 9.22 | 9.22 |
| ASSOCIATED BANK | 2600-000 | NA | 198.54 | 198.54 | 198.54 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 1,068.00 | 1,068.00 | 1,068.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 534.00 | 534.00 | 534.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 400.14 | 400.14 | 400.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,266.54 | $ 3,266.54 | $ 3,266.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT T Midwest C/O I C System INC Po Box 64378 Saint Paul MN 55164 | | 179.00 | NA | NA | 0.00 |
| 10 | GE Capital Corp. C/O Equable Ascent Financi 5 Revere Dr Northbrook IL 60062 | | 7,218.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Illinois State TOLL HWY Author C/O NCO Financial Systems, 600 Holiday Plaza Dr Ste Matteson IL 60443 | | 283.00 | NA | NA | 0.00 |
| | 12 Illinois State TOLL HWY Author C/O NCO Financial Systems, 600 Holiday Plaza Dr Ste Matteson IL 60443 | | 212.00 | NA | NA | 0.00 |
| | 13 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 14 United Collect BUR INC Attn: Bankruptcy Dept. 5620 Southwyck Blvd Ste Toledo OH 43614 | | 113.00 | NA | NA | 0.00 |
| | 15 VERIZON WIRELESS/Great Attn: Bankruptcy Dept. 1515 Woodfield Rd Ste140 Schaumburg IL 60173 | | 1,842.00 | NA | NA | 0.00 |
| | 16 Waste Management of IL Attn: Bankruptcy Department 780 N. Kirk Rd. Batavia IL 60510-1475 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Avon Products Attn: Bankruptcy Department 6901 Golf Road Morton Grove IL 60053 | | 150.00 | NA | NA | 0.00 |
| | 3 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 898.00 | NA | NA | 0.00 |
| | 4 Certified Services INC Attn: Bankruptcy Dept. 1733 Washington St Ste 2 Waukegan IL 60085 | | 4.00 | NA | NA | 0.00 |
| | 5 Cingular Wireless C/O Southwest Credit Syste 5910 W Plano Pkwy Ste 10 Plano TX 75093 | | 1,405.00 | NA | NA | 0.00 |
| | 6 Citibank Sears GOLD Mastercard C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | 2,066.00 | NA | NA | 0.00 |
| | 7 Comcast C/O Credit Protection ASSO 13355 Noel Rd Ste 2100 Dallas TX 75240 | | 340.00 | NA | NA | 0.00 |
| | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| 000002 | AT&T MOBILITY II LLC | 7100-000 | NA | 1,191.06 | 1,191.06 | 68.78 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 598.50 | 598.50 | 34.56 |
| 000003 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 1,806.76 | 1,806.76 | 104.33 |
| 000005 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | NA | 8,013.95 | 8,013.95 | 462.76 |
| 000004 | VERIZON WIRELESS | 7100-001 | NA | 1,091.50 | 1,091.50 | 63.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,910.00 | $ 12,701.77 | $ 12,701.77 | $ 733.46 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-19354 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BALDOCCHI, JOLYEN ANN | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | | | 341(a) Meeting Date: | 06/07/12 |
| For Period Ending: | 08/03/15 | | | Claims Bar Date: | 09/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Bank of America. | 1,050.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with Bank of America. | 3.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with USAA. | 4.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account with USAA | 1.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with PNC Bank, joint with Johnath | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10. Camera. | 50.00 | 0.00 | | 0.00 | FA |
| 11. Springleaf Financial S - 2006 Dodge Grand Caravan. | 10,075.00 | 0.00 | | 4,000.00 | FA |
| 12. Capital ONE AUTO Finan - 2012 Kia Soul. | 20,350.00 | 0.00 | | 0.00 | FA |
| 13. Family Pets: 1 dog. | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $33,333.00 | $0.00 | | $4,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED REPORT OF UNCLAIMED FUNDS WITH THE COURT - April 28, 2015.  TFR HAS BEEN FILED WITH THE COURT AND THE
FINAL HEARING HELD - Jan. 17, 2015.  TRUSTEE TO EMPLOY AUCTIONEER TO SELL DEBTORS VEHICLE.  TRUSTEE HAS FILED MOTION TO
EMPLOY COUNSEL AND FOR TURNOVER OF DEBTORS VEHICLE.  AUCTIONEER HAS SOLD VEHICLE AND TRUSTEE HAS FILED A MOTION TO
REIMBURSE AUCTIIONEER FOR EXPENSES.  TRUSTEE TO FILE HIS TFR BY 9/30/14 - January 16, 2014.  STARTING PREP OF TFR AND
NFR - April 30, 2014.  NO CHANGE - July 17, 2014.  TRUSTEE TO SUBMIT TFR & NFR TO UST FOR REVIEW - Oct. 25, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-19354   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | 341(a) Meeting Date: | 06/07/12 |
| | | Claims Bar Date: | 09/14/12 |

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 09/30/14

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-19354 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2259 Checking Account |
| Taxpayer ID No: | *******8705 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/12 | 11 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 4,000.00 | | 4,000.00 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.99 | 3,999.01 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.55 | 3,996.46 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.46 | 3,994.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.54 | 3,991.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,981.46 |
| 03/05/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses<br>Auctioneer Expenses | 3620-000 | | 400.14 | 3,581.32 |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 4.20 | 3,577.12 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,567.12 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,557.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,547.12 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,537.12 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,527.12 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,517.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,507.12 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,497.12 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,487.12 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,477.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,467.12 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,457.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,447.12 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420 | Bond # 016026455 | 2300-000 | | 5.02 | 3,442.10 |

Page Subtotals     4,000.00     557.90

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-19354 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALDOCCHI, JOLYEN ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2259  Checking Account |
| Taxpayer ID No: | *******8705 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,432.10 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,422.10 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,412.10 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,402.10 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,392.10 |
| 12/08/14 | 300004 | JOSEPH E. COHEN, Trustee<br>105 W. Madison St.<br>Chicago, IL 60602<br><br>Fees   1,000.00<br>Expenses   56.64 | Trustee Fees<br>Trustee Fees<br><br><br>2100-000<br>2200-000 | | | 1,056.64 | 2,335.46 |
| 12/08/14 | 300005 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,068.00 | 1,267.46 |
| 12/08/14 | 300006 | JOSEPH E. COHEN, ATTORNEY<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 534.00 | 733.46 |
| 12/08/14 | 300007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 5.77444% | 7100-000 | | 34.56 | 698.90 |
| 12/08/14 | 300008 | AT&T MOBILITY II LLC<br>% AT&T SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim 000002, Payment 5.77469%<br>(2-1) wireless service | 7100-000 | | 68.78 | 630.12 |
| 12/08/14 | 300009 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services | Claim 000003, Payment 5.77442% | 7100-000 | | 104.33 | 525.79 |

Page Subtotals     0.00     2,916.31

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19354 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALDOCCHI, JOLYEN ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2259  Checking Account |
| Taxpayer ID No: | *******8705 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/08/14 | 300010 | PO Box 10587<br>Greenville, SC 29603-0587<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000004, Payment 5.77462%<br>(4-1) 2455 | 7100-003 | | 63.03 | 462.76 |
| 12/08/14 | 300011 | Springleaf Financial Services<br>Attn: Bankruptcy Dept.<br>2 W Grand Ave Ste 102<br>Fox Lake, IL 60020 | Claim 000005, Payment 5.77443% | 7100-000 | | 462.76 | 0.00 |
| * 04/28/15 | 300010 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000004, Payment 5.77462% | 7100-003 | | -63.03 | 63.03 |
| 04/28/15 | 300012 | United States Bankruptcy Court | Claim 000004, Payment 5.77462%<br>(4-1) 2455 | 7100-001 | | 63.03 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 4,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2259 | 4,000.00 | 4,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        525.79

Ver: 18.05

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19354 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALDOCCHI, JOLYEN ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2259  Checking Account |
| Taxpayer ID No: | *******8705 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*